IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REINHARD PONGBULAAN,
A# 079–681–838,

    Petitioner,

v.                                                             4:16cv595–WS/CAS

LORETTA LYNCH, et al,

    Respondents.

_____

ORDER DENYING PETITIONER'S MOTION
TO CONSIDER AND REQUEST STAY OF DEPORTATION

    Before the court is the magistrate judge's report and recommendation (doc. 4) docketed October 3, 2016. The magistrate judge recommends that the petitioner's "Motion to Consider and Request Stay of Deportation" (doc. 1) be denied for lack of subject matter jurisdiction. The petitioner has filed no objections to the report and recommendation.

    Having considered the matter, this court has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's "Motion to Consider and Request Stay of Deportation" (doc. 1) is hereby DENIED.

3. The clerk is directed to enter judgment stating: "Reinhard Pongbulaan's Motion to Consider and Request Stay of Deportation (doc. 1) is denied."

DONE AND ORDERED this __1st__ day of __November__, 2016.

> s/ William Stafford
> WILLIAM STAFFORD
> SENIOR UNITED STATES DISTRICT JUDGE